UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Reverse Mortgage Funding, LLC** | CIVIL ACTION NO: |
| **Plaintiff** | COMPLAINT |
| vs. | RE:<br>40 Reef Road, Waldoboro, ME 04572 |
| **James H. Pranes, Personal Representative of the Estate of Nancy L. Pranes** | Mortgage:<br>December 7, 2007<br>Book 3944, Page 199<br>Lincoln County Registry of Deeds |
| **Defendant** | |
| **Secretary of Housing & Urban Development**<br>**Christine Bowden**<br>**Jacqueline Bowden**<br>**Lloyd Bowden**<br>**Ricky Bowden**<br>**Caroline Cram** | |
| **Party-In-Interest** | |

NOW COMES the Plaintiff, Reverse Mortgage Funding, LLC, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby complains against the Defendant, James H. Pranes, Personal Representative of the Estate of Nancy L. Pranes, as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendant are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested

party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the object of this litigation is a Note executed under seal currently owned and held by Reverse Mortgage Funding, LLC, in which the Defendants, James E. Pranes and Nancy L. Pranes, are the obligor and the total amount owed under the terms of the Note is One Hundred Twelve Thousand Five Hundred Sixty-Two and 16/100 ($112,562.16) Dollars, plus attorney fees and costs associated with the instant action; thus, the amount in controversy exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars.

3. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

4. Reverse Mortgage Funding, LLC is a corporation with its principal place of business located at 1455 Broad Street, 2nd Floor, Bloomfield, NJ 07003.

5. The Defendant, James H. Pranes, Personal Representative of the Estate of Nancy L. Pranes, is a resident of Waldoboro, County of Lincoln and State of Maine.

6. The Party-in-Interest, Christine Bowden, is located at 21 Mechanic Street, Winthrop, ME 04364.

7. The Party-in-Interest, Jacqueline Bowden, is located at 120 Lyons Road, Manchester, ME 04351.

8. The Party-in-Interest, Lloyd Bowden, is located at 494 Prescott Road, Manchester, ME 04351.

9. The Party-in-Interest, Ricky Bowden, is located at 10 Paglione Drive, Dudley, MA 01571.

10. The Party-in-Interest, Caroline Cram, is located at 494 Prescott Road, Manchester, ME 04351.

11. The Party-in-Interest, Secretary of Housing & Urban Development, is located at 451 Seventh Street, SW, Washington D.C., DC 20410.

## FACTS

12. On January 27, 2000, by virtue of a Warranty Deed from James E. Pranes, which is recorded in the Lincoln County Registry of Deeds in **Book 2537, Page 76**, the property situated at 40 Reef Road, City/Town of Waldoboro, County of Lincoln, and State of Maine, was conveyed to James E. Pranes and Nancy L. Pranes, being more particularly described by the attached legal description. *See* Exhibit A (a true and correct copy of the legal description is attached hereto and incorporated herein).

13. On December 7, 2007, Defendants, James E. Pranes and Nancy L. Pranes, executed and delivered to Vertical Lend Inc. a certain Note under seal. *See* Exhibit B (a true and correct copy of the Note is attached hereto and incorporated herein).

14. To secure said Note, on December 7, 2007, Defendants, James E. Pranes and Nancy L. Pranes executed a Mortgage Deed in favor of Vertical Lend Inc., securing the property located at 40 Reef Road, Waldoboro, ME 04572 which Mortgage Deed is recorded in the Lincoln County Registry of Deeds in **Book 3944**, **Page 199**. *See* Exhibit C (a true and correct copy of the Mortgage is attached hereto and incorporated herein).

15. Upon information and belief, James E. Pranes died on April 25, 2013.

16. The Mortgage was then assigned to Sun West Mortgage Company, Inc. by virtue of an Assignment of Mortgage dated February 11, 2016 and recorded in the Lincoln County

Registry of Deeds in **Book 4982**, **Page 54**. *See* Exhibit D (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

17. The Mortgage was then assigned to Reverse Mortgage Funding, LLC by virtue of an Assignment of Mortgage dated March 7, 2016 and recorded in the Lincoln County Registry of Deeds in **Book 4984**, **Page 190**. *See* Exhibit E (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

18. Upon information and belief, Nancy L. Pranes died on April 10, 2018.

19. On September 22, 2021, the Defendant, James H. Pranes, Personal Representative of the Estate of Nancy L. Pranes, and all of the heirs (as parties in interest) were sent a Notice of Mortgagor's Right to Cure, as evidenced by the Certificate of Mailing (herein after referred to as the "Demand Letter"). *See* Exhibit F (a true and correct copy of the Demand Letter is attached hereto and incorporated herein).

20. The Demand Letter informed the Defendant, James H. Pranes, Personal Representative of the Estate of Nancy L. Pranes, and all of the heirs as parties in interest, of the payment due date, the total amount necessary to cure the default, and the deadline by which the default must be cured, which was thirty-five (35) days from receipt of the Demand Letter. *See* Exhibit F.

21. The Defendant, James H. Pranes, Personal Representative of the Estate of Nancy L. Pranes, and all the heirs as parties in interest failed to cure the default prior to the expiration of the Demand Letter. Defendant, James H. Pranes, Personal Representative of the Estate of Nancy L. Pranes, and all of the heirs as parties in interest, are not personally liable and accordingly, this action does not seek any personal liability on the part of the Defendant, nor any of the heirs as parties in interest, but only seeks *in rem* judgment against the property.

22. The Plaintiff, Reverse Mortgage Funding, LLC, is the present holder of the Note pursuant to endorsement by the previous holder (if applicable), payment of value and physical possession of the Note in conformity with 11 M.R.S. § 3-1201, et seq., and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).

23. The Plaintiff, Reverse Mortgage Funding, LLC, is the lawful holder and owner of the Note and Mortgage.

24. The Plaintiff, Reverse Mortgage Funding, LLC, hereby certifies that all steps mandated by law to provide notice to the mortgagor pursuant to 14 M.R.S.A. § 6111 and/or Note and Mortgage were strictly performed.

25. Secretary of Housing & Urban Development is a Party-in-Interest pursuant to a Mortgage in the amount of $268,500.00 dated December 7, 2007, and recorded in the Lincoln County Registry of Deeds in **Book 3944**, **Page 208** and is in second position behind Plaintiff's Mortgage.

26. The total debt owed under the Note and Mortgage as of November 12, 2021 is One Hundred Twelve Thousand Five Hundred Sixty-Two and 16/100 ($112,562.16) Dollars, which includes:

| Description | Amount |
| --- | --- |
| Principal Balance | $71,545.96 |
| Interest | $11,936.82 |
| MIP | $6,487.17 |
| Service Fees | $5,915.00 |
| Taxes | $9,520.21 |
| Insurance | $5,617.00 |
| Appraisals | $650.00 |
| Inspections | $880.00 |
| Preservation | $10.00 |
| Grand Total | $112,562.16 |

27. Upon information and belief, the Defendant, James H. Pranes, Personal Representative of the Estate of Nancy L. Pranes, nor any of the heirs as parties in interest, are not presently in possession of the subject property originally secured by the Mortgage.

## COUNT I – FORECLOSURE AND SALE

28. The Plaintiff, Reverse Mortgage Funding, LLC, repeats and re-alleges paragraphs 1 through 27 as if fully set forth herein.

29. This is an action for foreclosure and sale respecting a real estate related Mortgage and title located at 40 Reef Road, Waldoboro, County of Lincoln, and State of Maine. *See* Exhibit A.

30. The Plaintiff, Reverse Mortgage Funding, LLC, is the holder of the Note referenced in Paragraph 13 pursuant to endorsement by the previous holder (if applicable) and physical possession of the aforesaid Note in conformity with Title 11, section 3-1201, et seq. of the Maine Revised Statutes and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929). As such, Plaintiff, Reverse Mortgage Funding, LLC, has the right to foreclosure and sale upon the subject property.

31. The Plaintiff, Reverse Mortgage Funding, LLC, is the current owner and investor of the aforesaid Mortgage and Note.

32. The Defendants, James H. Pranes, Personal Representative of the Estate of Nancy L. Pranes, and all of the heirs as parties in interest, are presently in default on said Mortgage and Note, having failed to make the monthly payment due April 10, 2018, and all subsequent payments, and, therefore, have breached the condition of the aforesaid Mortgage and Note.

33. The total debt owed under the Note and Mortgage as of November 12, 2021 is One Hundred Twelve Thousand Five Hundred Sixty-Two and 16/100 ($112,562.16) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $71,545.96 |
| Interest | $11,936.82 |
| MIP | $6,487.17 |
| Service Fees | $5,915.00 |
| Taxes | $9,520.21 |
| Insurance | $5,617.00 |
| Appraisals | $650.00 |
| Inspections | $880.00 |
| Preservation | $10.00 |
| Grand Total | $112,562.16 |

34. The record established through the Lincoln County Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

35. By virtue of the Defendant, James H. Pranes, Personal Representative of the Estate of Nancy L. Pranes's (and all f the heirs as parties in interest) breach of condition, the Plaintiff hereby demands a foreclosure and sale on said real estate.

36. Notice in conformity with 14 M.R.S.A. § 6111 and/or Note and Mortgage was sent to the Defendant, James H. Pranes, Personal Representative of the Estate of Nancy L. Pranes, and all of the heirs as parties in interest, on September 22, 2021, evidenced by the Certificate of Mailing. *See* Exhibit F.

37. The Defendant, James H. Pranes, Personal Representative of the Estate of Nancy L. Pranes, is not in the Military as evidenced by the attached Exhibit G.

## PRAYERS FOR RELIEF

WHEREFORE, the Plaintiff, Reverse Mortgage Funding, LLC, prays this Honorable Court:

a) Issue a judgment of foreclosure and sale in conformity with Title 14 § 6322;

b) Grant possession to the Plaintiff, Reverse Mortgage Funding, LLC, upon the expiration of the period of redemption;

c) Find that the Defendant, James H. Pranes, Personal Representative of the Estate of Nancy L. Pranes, nor are the heirs as parties in interest, are not personally liable and accordingly, this action does not seek any personal liability on the part of the Defendant, nor are the heirs as parties in interest, but only seeks *in rem* judgment against the property, is in breach of the Mortgage by failing to make payment due as of April 10, 2018, and all subsequent payments;

d) Impose the applicable time periods for redemption, etc., as reflected in 14 M.R.S.A §6322;

e) Find that the Defendant, James H. Pranes, Personal Representative of the Estate of Nancy L. Pranes, nor the heirs as parties in interest, has no personal liability in this matter, a Judgment of Foreclosure and Sale in this matter can be impose *in rem* agains the property commonly known as and numbered as 40 Reef Road, Waldoboro, ME 04572; and

f) For such other and further relief as this Honorable Court deems just and equitable.

Respectfully Submitted,
Reverse Mortgage Funding, LLC,
By its attorneys,

Dated: December 1, 2021

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com