

Receipt # 3025
Bk 4982    PG 54
03/02/2016  03:10:26 PM
Pages 2
ASSIGNMENT

Instr # 12988
Rebecca S. Wotton Lincoln County Registry of Deeds

**RECORDING REQUESTED BY**
AND WHEN RECORDED MAIL TO
SUN WEST MORTGAGE COMPANY, INC.
18000 STUDEBAKER ROAD, SUITE 100
CERRITOS, CA 90703

Mortgage Amount: $268,500.00
Subject Property: 40 Reef Road,
Waldoboro, Maine 04572

SPACE ABOVE THIS LINE FOR RECORDER'S USE

NOTE: - After having been recorded, this Assignment should kept with the Note and Deed of Trust hereby assigned.

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to

**SUN WEST MORTGAGE COMPANY, INC., A CALIFORNIA CORPORATION**
**18000 STUDEBAKER ROAD, SUITE 200, CERRITOS, CA 90703**

All beneficial interest under that certain Deed of Trust dated **December 07, 2007**, executed by **JAMES E PRANES AND NANCY L PRANES**, Trustor; to **Vertical Lend Inc, 3 Huntington Quadrangle 3rd Fl, Suite 303N, Melville, New York 11747**, Lender; and recorded **December 13, 2007**, in book **3944**, Page **199**, of instrument# **13075**, in the Office of the County Recorder of Lincoln County, Maine.

**LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT A AND BY THIS REFERENCE MADE A PART HERE OF.**

TOGETHER with the note or notes therein described and secured thereby, the money due and to become due thereon, with interest, and all rights accrued or to accrue under said Deed of Trust/Mortgage including the right to have reconveyed, in whole or in part the real property described therein.

DATED: 2/11/16

VERTICAL LEND, INC. NOW KNOWN AS
WORLD ALLIANCE FINANCIAL LLC

By: _Maureen Flaherty_ (signature)
Name: Maureen Flaherty
Title: AVP

STATE OF NY    COUNTY OF NY

On 2/11/16, before me, Vivian Sin, Notary Public, personally appeared Maureen Flaherty, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of NY that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature: _____
Notary Public in for Said State

This Instrument was prepared by: Nick Karle
SUN WEST MORTGAGE COMPANY, INC
18000, Studebaker Road, Suite 200, CERRITOS, CA 90703

VIVIAN K SIN
NOTARY PUBLIC STATE OF NEW YORK
NASSAU COUNTY
LIC. #02SI6017093
COMM. EXP. 12/7/18

**EXHIBIT D**

## EXHIBIT A
### (07-05291P PRANES)

A certain lot or parcel of land situated in Waldoboro, County of Lincoln, and State of Maine, bounded and described as follows:

Beginning at a 1/2 inch iron rod found on the northwesterly side of the Reef Road in a stone wall and at the northeast corner of property now or formerly of Spofford as recorded in the Lincoln County Registry of Deeds, Book 1252, Page 246; thence N 65° 49 min. 32 sec. W by said stone wall one hundred seventy-four and sixty-two hundredths (174.62) feet to the easterly side of the Wagner Bridge Road to a 3/4 inch iron rod set for a corner; thence N 4° 00 mi. 39 sec. E along the easterly side of the Wagner Bridge Road three hundred twenty-three and thirty-six hundredths (323.36) feet to a 3/4 inch rod set in stone in front of a large rock for a corner at the southwest corner of Lot #2; thence S 68° 23 min. 52 sec. E by said Lot #2 three hundred forty-six and ninety-four hundredths (346.94) feet to a 3/4 inch iron rod set in stone at the above said Reef Road; thence S 34° 34 min. 42 sec. W along said Reef Road three hundred twenty-four and eighty hundredths (324.80) feet to a point of beginning.

Being Lot #1 of the "Bates Hill Subdivision" as depicted in the Survey Plan prepared by P & M Engineering, recorded in the Lincoln County Registry of Deeds, Plan Book 50, Page 278.

Being the same premises as described in the deed from James E. Pranes to James E. Pranes and Nancy L. Pranes dated January 27, 2000 and recorded in Book 2537 Page 76 Lincoln County Registry of Deeds.

A true copy
ATTEST:
*Rebecca S Wotton*
Rebecca S Wotton, Registrar