

## DOONAN, GRAVES & LONGORIA, LLC
### ATTORNEYS AT LAW

*Serving Massachusetts, Maine,*
*New York & New Hampshire*
*Hours: Monday - Friday 9 am - 4 pm*
*www.dgandl.com*

100 Cummings Center, Suite 303C
Beverly, Massachusetts 01915
TEL: (978) 921-2670
FAX: (978) 921-4870

September 22, 2021

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

James H. Pranes, Personal Representative of the Estate of Nancy L. Pranes
40 Reef Road
Waldoboro, ME 04572

**Certified Article Number**
9414 7266 9904 2150 8776 05
**SENDER'S RECORD**

James H. Pranes, Personal Representative of the Estate of Nancy L. Pranes
22 Medomak Mobile Home Park
Waldoboro, ME 04572

**Certified Article Number**
9414 7266 9904 2150 8776 12
**SENDER'S RECORD**

Christine Bowden
21 Mechanic Street
Winthrop, ME 04364

**Certified Article Number**
9414 7266 9904 2150 8776 29
**SENDER'S RECORD**

Jacqueline Bowden
120 Lyons Road
Manchester, ME 04351

**Certified Article Number**
9414 7266 9904 2150 8776 36
**SENDER'S RECORD**

Lloyd Bowden
494 Prescott Road
Manchester, ME 04351

**Certified Article Number**
9414 7266 9904 2150 8776 43
**SENDER'S RECORD**

Ricky Bowden
10 Paglione Drive
Dudley, MA 01571

**Certified Article Number**
9414 7266 9904 2150 8776 50
**SENDER'S RECORD**

Caroline Cram
494 Prescott Road
Manchester, ME 04351

**Certified Article Number**
9414 7266 9904 2150 8776 67
**SENDER'S RECORD**

### NOTICE OF MORTGAGOR'S RIGHT TO CURE
### THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED
### WILL BE USED FOR THAT PURPOSE.

EXHIBIT
**F**

Re:   Property Address:      40 Reef Road, Waldoboro, ME 04572
      Loan Number:
      Payment Due Date:      April 10, 2018

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Celink, the Mortgagee, Reverse Mortgage Funding, LLC and the Owner/Investor, Reverse Mortgage Funding, LLC pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

The loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of the Note and Mortgage in favor of Vertical Lend Inc. its successors and assigns (if MERs) dated December 7, 2007 and recorded in the Lincoln County Registry of Deeds in Book 3944, Page 199. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property. Since you did not sign the subject note you have no personal liability in this matter.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| | |
|---|---|
| Principle | $71,547.20 |
| Interest | $11,790.73 |
| MIP | $6,419.09 |
| Taxes | $8,494.21 |
| Insurance | $4,617.00 |

**TOTAL TO CURE DEFAULT:**      $102,868.23

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $102,868.23 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to: **Celink, Payment Processing, 3900 Capital City Boulevard, Lansing, MI 48906. Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. To reach a person with authority to modify a mortgage loan, please contact Celink at 866-654-0020 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is Reverse Mortgage Funding, LLC, the mortgage servicer, which is Celink or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Reverse Mortgage Funding, LLC is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Celink at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Celink
Loss Mitigation Department/Loan Resolution
3900 Capital City Boulevard
Lansing, MI 48906
866-654-0020

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt

Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period.  If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Celink
Reverse Mortgage Funding, LLC

by its attorney

Reneau J. Longoria, Esq.

MNK
cc:  Client
       Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

55167

Page 1 of 4

This listing is current as of **12/17/2019**.

# Agencies located in MAINE

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:** 800-452-4668
**Fax:** 207-626-4678
**Email:** mdrost@mainehousing.org
**Address:** 353 Water Street
AUGUSTA, Maine 04330-4665
**Counseling Services:** - Pre-purchase Counseling
- Rental Housing Counseling
**Languages:** - English
**Affiliation:**
**Website:** www.mainehousing.org
**Agency ID:** 81227

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:**
**Fax:**
**Email:** mdrost@mainehousing.org
**Address:** 353 Water St
Augusta, Maine 04330-6113
**Counseling Services:** - Pre-purchase Counseling
- Rental Housing Counseling
**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.mainehousing.org
**Agency ID:** 84456

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-974-2403
**Toll Free:** 888-424-0151
**Fax:** 207-973-3699
**Email:** hmassow@penquis.org
**Address:** 262 Harlow Street
BANGOR, Maine 04401-4952
**Counseling Services:** - Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.penquis.org
**Agency ID:** 81649

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963-0114
**Toll Free:** 800-221-2221
**Fax:** 207-442-0122
**Email:** theresa.dow@mmcacorp.org
**Address:** 34 Wing Farm Pkwy
Bath, Maine 04530-1515
**Counseling Services:** - Financial Management/Budget Counseling
- Rental Housing Counseling
- Services for Homeless Counseling
**Languages:** - English
- Spanish
**Affiliation:**
**Website:** http://midcoastmainecommunityaction.org
**Agency ID:** 80502

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510

**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Reverse Mortgage Counseling
- Services for Homeless Counseling

**Languages:** - English
- Spanish

**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.ceimaine.org
**Agency ID:** 80985

---

**Agency Name:** FOUR DIRECTIONS DEVELOPMENT CORPORATION
**Phone:** 207-866-6545
**Toll Free:**
**Fax:** 207-866-6553
**Email:** accounting@fourdirectionsmaine.org
**Address:** 20 Godfrey Drive
ORONO, Maine 04473-3610

**Counseling Services:** - Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Home Improvement and Rehabilitation Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** www.fourdirectionsmaine.org
**Agency ID:** 83879

---

**Agency Name:** AVESTA HOUSING DEVELOPMENT CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920

**Counseling Services:** - Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Rental Housing Workshops

**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.avestahousing.org
**Agency ID:** 81144

---

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 477 Congress St
5th Floor
PORTLAND, Maine 04101-3427

**Counseling Services:** - Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling

**Languages:** - English
- Spanish

**Affiliation:** MONEY MANAGEMENT INTERNATIONAL INC.
**Website:** http://www.moneymanagement.org
**Agency ID:** 82632

**Agency Name:** PROSPERITY ME - FKA COMMUNITY FINANCIAL LITERACY
**Phone:** 207-797-7890
**Toll Free:**
**Fax:**
**Email:** crwaganje@prosperityme.org
**Address:** 62 Elm St Ste 2
Portland, Maine 04101-3092
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
**Languages:** - English
- French
- Other
- Swahili
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://prosperityme.org/
**Agency ID:** 80649

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-764-3721
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 771 Main St
Presque Isle, Maine 04769-2201
**Counseling Services:** - Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.acap-me.org
**Agency ID:** 83641

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-459-2903
**Toll Free:**
**Fax:** 207-490-5026
**Email:** Meaghan.Arzberger@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.yccac.org
**Agency ID:** 81150

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-333-6419
**Toll Free:**
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 17 Market Sq
South Paris, Maine 04281-1533
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.community-concepts.org
**Agency ID:** 81580





DOONAN, GRAVES & LONGORIA, LLC
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

Ricky Bowden
10 Paglione Drive
Dudley, MA 01571

FIRST-CLASS

US POSTAGE
$ 000.73
02 7H
0001338074   SEP 22 2021
MAILED FROM ZIP CODE 01915

FIRST-CLASS

US POSTAGE
$ 007.53
02 7H
0001338074   SEP 22 2021
MAILED FROM ZIP CODE 01915

CERTIFIED MAIL

9414 7266 9904 2150 8776 50

DOONAN, GRAVES & LO
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

Ricky Bowden
10 Paglione Drive
Dudley, MA 01571



$ 000.7
02 7H
0001338074   SEP 22 202
MAILED FROM ZIP CODE 019

US POSTAGE
PITNEY BOWES
FIRST-CLASS

$ 007.53
02 7H
0001338074   SEP 22 202
MAILED FROM ZIP CODE 019

US POSTAGE
PITNEY BOWES
FIRST-CLASS

Lloyd Bowden
494 Prescott Road
Manchester, ME 04351



CERTIFIED MAIL

9414 7266 9904 2150 8776 43

Lloyd Bowden
494 Prescott Road
Manchester, ME 04351



DOONAN, GRAVES & LONGORIA, LLC
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

D&L

DOONAN, GRAVES & I
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

D&L









DOONAN, GRAVES & LONGORIA, LLC
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

Jacqueline Bowden
120 Lyons Road
Manchester, ME 04351





CERTIFIED MAIL

9414 7266 9904 2150 8776 36

DOONAN, GRAVE
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

Jacqueline Bowden
120 Lyons Road
Manchester, ME 04351





**DG&L** DOONAN, GRAVES & LONGORIA, LLC
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

Christine Bowden
21 Mechanic Street
Winthrop, ME 04364

---

FIRST-CLASS

9414 7266 9904 2150 8776 29



**DG&L** DOONAN, GRAVES & LC
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

Christine Bowden
21 Mechanic Street
Winthrop, ME 04364



FIRST-CLASS

$ 000.73⁰
US POSTAGE
02 7H
000133074   SEP 22 2021
MAILED FROM ZIP CODE 01915



DOONAN, GRAVES & LONGORIA, LLC
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

James H. Pranes, Personal Representative of
the Estate of Nancy L. Pranes
22 Medomak Mobile Home Park
Waldoboro, ME 04572

---

FIRST-CLASS

$ 007.53⁰
US POSTAGE
02 7H
000133074   SEP 22 2021
MAILED FROM ZIP CODE 01915



CERTIFIED MAIL

9414 7266 9904 2150 6776 12

DOONAN, GRAVES &
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

James H. Pranes, Personal Representative of
the Estate of Nancy L. Pranes
22 Medomak Mobile Home Park
Waldoboro, ME 04572



**DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915



FIRST-CLASS

US POSTAGE
$ 000.73⁰
02 7H    SEP 22 2021
0001338074
MAILED FROM ZIP CODE 01915
PITNEY BOWES

James H. Pranes, Personal Representative of
the Estate of Nancy L. Pranes
40 Reef Road
Waldoboro, ME 04572

---

**DOONAN, GRAVE** ...
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915





FIRST-CLASS

US POSTAGE
$ 007.53⁰
02 7H    SEP 22 2021
0001338074
MAILED FROM ZIP CODE 01915
PITNEY BOWES

**CERTIFIED MAIL**

9414 7266 9904 2250 8776 05

James H. Pranes, Personal Representative of
the Estate of Nancy L. Pranes
40 Reef Road
Waldoboro, ME 04572





FIRST-CLASS

**D** **G**
**& L**

DOONAN, GRAVES & LONGORIA, LLC
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

Caroline Cram
494 Prescott Road
Manchester, ME 04351

---

FIRST-CLASS



CERTIFIED MAIL

9414 7266 9904 2150 8776 67

**D** **G**
**& L**

DOONAN, GRAVES &
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

Caroline Cram
494 Prescott Road
Manchester, ME 04351

**Matthew Kelly**

---

**From:**          Nobody <nobody@informe.org>
**Sent:**          Wednesday, September 22, 2021 1:39 PM
**To:**            Matthew Kelly
**Subject:**       Pre-Foreclosure Reporting Form Submission


Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here
is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:Reverse Mortgage Funding, LLC
What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Celink Loss Mitigation
Department/Loan Resolution

3900 Capital City Boulevard
Lansing, MI 48906
866-654-0020


-----

Consumer Information

-----


Consumer First name:Jacqueline
Consumer Middle Initial/Middle Name:
Consumer Last name:Bowden
Consumer Suffix:
Property Address line 1:40 Reef Road
Property Address line 2:
Property Address line 3:
Property Address City/Town:Waldoboro
Property Address State:
Property Address zip code:04572
Property Address County:Lincoln


-----

Notification Details

-----


Date notice was mailed:9/22/2021
Amount needed to cure the default:102,868.23 Consumer Address line 1:120 Lyons Road Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Machester
Consumer Address State:ME
Consumer Address zip code:04351

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**Matthew Kelly**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Wednesday, September 22, 2021 1:21 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:Reverse Mortgage Funding, LLC
What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Celink Loss Mitigation
Department/Loan Resolution
3900 Capital City Boulevard
Lansing, MI 48906
866-654-0020


-----

Consumer Information

-----

Consumer First name:James
Consumer Middle Initial/Middle Name: H.
Consumer Last name:Personal Representative of the Estate of Nancy L. Pranes Consumer Suffix:
Property Address line 1:40 Reef Road
Property Address line 2:
Property Address line 3:
Property Address City/Town:Waldoboro
Property Address State:
Property Address zip code:04572
Property Address County:Lincoln


-----

Notification Details

-----

Date notice was mailed:9/22/2021
Amount needed to cure the default:102,868.23 Consumer Address line 1:40 Reef Road Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Waldoboro
Consumer Address State:ME
Consumer Address zip code:04572
CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm
that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not
guarantee safety. If it seems odd, please contact support or the sender directly.

1

**Matthew Kelly**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Wednesday, September 22, 2021 1:28 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:Reverse Mortgage Funding, LLC What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Celink Loss Mitigation Department/Loan Resolution

3900 Capital City Boulevard

Lansing, MI 48906

866-654-0020

-----

Consumer Information

-----

Consumer First name:James

Consumer Middle Initial/Middle Name: H.

Consumer Last name:Personal Representative of the Estate of Nancy L. Pranes Consumer Suffix:

Property Address line 1:40 Reef Road

Property Address line 2:

Property Address line 3:

Property Address City/Town:Waldoboro

Property Address State:

Property Address zip code:04572

Property Address County:Lincoln

-----

Notification Details

-----

Date notice was mailed:9/22/2021

Amount needed to cure the default:102,868.23 Consumer Address line 1:22 Medomak Mobile Home Park Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Waldoboro

Consumer Address State:ME

Consumer Address zip code:04572

1

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**Matthew Kelly**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Wednesday, September 22, 2021 1:29 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:Reverse Mortgage Funding, LLC What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Celink Loss Mitigation Department/Loan Resolution

3900 Capital City Boulevard

Lansing, MI 48906

866-654-0020

-----

Consumer Information

-----

Consumer First name:Christine

Consumer Middle Initial/Middle Name:

Consumer Last name:Bowden

Consumer Suffix:

Property Address line 1:40 Reef Road

Property Address line 2:

Property Address line 3:

Property Address City/Town:Waldoboro

Property Address State:

Property Address zip code:04572

Property Address County:Lincoln

-----

Notification Details

-----

Date notice was mailed:9/22/2021

Amount needed to cure the default:102,868.23 Consumer Address line 1:21 Mechanic Street Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Winthrop

Consumer Address State:ME

Consumer Address zip code:04364

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**Matthew Kelly**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Wednesday, September 22, 2021 1:41 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.
-----
Mortgage Information
-----
Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:Reverse Mortgage Funding, LLC
What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:
Celink
Loss Mitigation Department/Loan Resolution
3900 Capital City Boulevard
Lansing, MI 48906
866-654-0020


-----
Consumer Information
-----

Consumer First name:Lloyd
Consumer Middle Initial/Middle Name:
Consumer Last name:Bowden
Consumer Suffix:
Property Address line 1:40 Reef Road
Property Address line 2:
Property Address line 3:
Property Address City/Town:Waldoboro
Property Address State:
Property Address zip code:04572
Property Address County:Lincoln


-----
Notification Details
-----

Date notice was mailed:9/22/2021
Amount needed to cure the default:102,868.23 Consumer Address line 1:494 Prescott Road Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Manchester
Consumer Address State:ME
Consumer Address zip code:04351

1

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**Matthew Kelly**

---

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Wednesday, September 22, 2021 1:45 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:Reverse Mortgage Funding, LLC What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Celink Loss Mitigation Department/Loan Resolution

3900 Capital City Boulevard

Lansing, MI 48906

866-654-0020

-----

Consumer Information

-----

Consumer First name:Caroline

Consumer Middle Initial/Middle Name:

Consumer Last name:Cram

Consumer Suffix:

Property Address line 1:40 Reef Road

Property Address line 2:

Property Address line 3:

Property Address City/Town:Waldoboro

Property Address State:

Property Address zip code:04572

Property Address County:Lincoln

-----

Notification Details

-----

Date notice was mailed:9/22/2021

Amount needed to cure the default:102,868.23 Consumer Address line 1:494 Prescott Road Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Manchester

Consumer Address State:ME

Consumer Address zip code:04351

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

## Matthew Kelly

**From:** Nobody <nobody@informe.org>
**Sent:** Wednesday, September 22, 2021 1:42 PM
**To:** Matthew Kelly
**Subject:** Pre-Foreclosure Reporting Form Submission

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:Reverse Mortgage Funding, LLC What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Celink Loss Mitigation Department/Loan Resolution
3900 Capital City Boulevard
Lansing, MI 48906
866-654-0020


-----
Consumer Information
-----

Consumer First name:Ricky
Consumer Middle Initial/Middle Name:
Consumer Last name:Bowden
Consumer Suffix:
Property Address line 1:40 Reef Road
Property Address line 2:
Property Address line 3:
Property Address City/Town:Waldoboro
Property Address State:
Property Address zip code:04572
Property Address County:Lincoln


-----
Notification Details
-----

Date notice was mailed:9/22/2021
Amount needed to cure the default:102,868.23 Consumer Address line 1:10 Paglione Drive Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Dudley
Consumer Address State:MA
Consumer Address zip code:01571

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

DOONAN, GRAVE
& L
ATTORNEYS AT LAW
100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

CERTIFIED MAIL®

9414 7266 9904 2150 8776 05

FIRST-CLASS



02 7H
0001338074
MAILED FROM ZIP CODE 01915

US POSTAGE
$ 007.53⁰
SEP 22 2021

James H. Pranes, Personal Representative of
the Estate of Nancy L. Pranes
40 Reef Road
Waldoboro, ME 04572

NIXIE        015    DE 1        0010/27/21

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC:    01915615790    *0821-04398-22-47



---

**Return Receipt (Form 3811) Barcode**

9590 9266 9904 2150 8776 46

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X C. Bowden ☐ Agent ☐ Addressee

B. Received by (Printed Name) BL C19
C. Date of Delivery 9-25-21

D. Is delivery address different from item 1? ☐ Yes  ☑ No
If YES, enter delivery address below:

SEP 25 2021

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information
MNK/MNK
James Pranes, Nancy Pranes
55167

1. Article Addressed to:

Lloyd Bowden
494 Prescott Road
Manchester, ME 04351

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2150 8776 43

PS Form 3811, Facsimile, July 2015 — Domestic Return Receipt

---

**Return Receipt (Form 3811) Barcode**

9590 9266 9904 2150 8776 39

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X J Bowden ☐ Agent ☑ Addressee

B. Received by (Printed Name) BL C19
C. Date of Delivery 9-25-21

D. Is delivery address different from item 1? ☐ Yes  ☑ No
If YES, enter delivery address below:

SEP 25 2021

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information
MNK/MNK
James Pranes, Nancy Pranes
55167

1. Article Addressed to:

Jacqueline Bowden
120 Lyons Road
Manchester, ME 04351

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2150 8776 36

PS Form 3811, Facsimile, July 2015 — Domestic Return Receipt

---

**Return Receipt (Form 3811) Barcode**

9590 9266 9904 2150 8776 60

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X C. Cram ☐ Agent ☑ Addressee

B. Received by (Printed Name) BL C19
C. Date of Delivery 9-25-21

D. Is delivery address different from item 1? ☐ Yes  ☑ No
If YES, enter delivery address below:

SEP 25 2021

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information
MNK/MNK
James Pranes, Nancy Pranes
55167

1. Article Addressed to:

Caroline Cram
494 Prescott Road
Manchester, ME 04351

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2150 8776 67

PS Form 3811, Facsimile, July 2015 — Domestic Return Receipt