# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| REVERSE MORTGAGE ) | |
| FUNDING, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket No. 2:21-cv-00339-NT |
| ) | |
| JAMES H. PRANES, PERSONAL ) | |
| REPRESENTATIVE OF THE ) | |
| ESTATE OF NANCY L. PRANES, ) | |
| ) | RE: 40 Reef Road, |
| Defendant, ) | Waldoboro, ME 04572 |
| ) | |
| SECRETARY OF HOUSING ) | Mortgage: December 7, 2007 |
| AND URBAN DEVELOPMENT, ) | Lincoln County Registry of Deeds |
| CHRISTINE BOWDEN, ) | Book 3944, Page 199 |
| JACQUELINE BOWDEN, ) | |
| LLOYD BOWDEN, ) | |
| RICKY BOWDEN, and ) | |
| CAROLINE CRAM, ) | |
| ) | |
| Parties-in-Interest. ) | |

## JUDGMENT OF FORECLOSURE AND SALE

**Address: 40 Reef Road, Waldoboro, ME 04572**
**Mortgage: December 7, 2007**
**Book 3944, Page 199, in the Lincoln County Registry of Deeds**

This matter came before the Court on the Plaintiff's motion for default judgment (ECF No. 15), and a testimonial hearing was held on April 29, 2022 (ECF No. 27). In a separate Order, I granted the motion for default judgment. Order on Pl.'s Mot. for Default Judgment (ECF No. 30). Judgment on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendant or the Defendant's heirs or assigns pays Reverse Mortgage Funding, LLC ("**Reverse Mortgage**") the amount adjudged due and owing ($114,460.85) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, Reverse Mortgage shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance | $71,547.20 |
| Interest | $12,739.64 |
| MIP | $6,767.80 |
| Service Fees | $6,090.00 |
| Taxes | $9,520.21 |
| Insurance | $6,156.00 |
| Appraisals | $650.00 |
| Inspections | $980.00 |
| Preservation | $10.00 |
| Grand Total | $114,460.85 |

2. If the Defendant or the Defendant's heirs or assigns do not pay Reverse Mortgage the amount adjudged due and owing ($114,460.85) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, their remaining rights to possession of the Waldoboro property shall terminate, and Reverse Mortgage shall conduct a public sale of the Waldoboro property in accordance with 14 M.R.S. § 6323, disbursing the proceeds first to itself in the amount of $114,460.85 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 6 of this Judgment, and in accordance with 14 M.R.S. § 6324. Reverse Mortgage may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency.

3. In the event that the Defendant, or anyone occupying the premises, does not vacate the property upon termination of their right to possession, Reverse Mortgage may reopen this matter to seek a Writ of Assistance and/or Writ of Possession to be served by the U.S. Marshals Service pursuant to Federal Rule of Civil Procedure 4.1(a) consistent with this Judgment.

4. Pursuant to 14 M.R.S. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

5. The amount due and owing is $114,460.85.

6. The priority of interests is as follows:

- Reverse Mortgage Funding, LLC has first priority, in the amount of $114,460.85, pursuant to the subject Note and Mortgage.

- The Secretary of Housing and Urban Development has second priority (behind the Plaintiff), pursuant to a mortgage in the amount of up to $268,500, dated December 7, 2007, and recorded in the Lincoln County Registry of Deeds in Book 3944, Page 208.

- James H. Pranes, Personal Representative of the Estate of Nancy L. Pranes, has third priority.

- Christine Bowden, Jacqueline Bowden, Lloyd Bowden, Ricky Bowden, and Caroline Cram (the "**Party-in-Interest Heirs**") have fourth priority.

7. The prejudgment interest rate is 3.31%, *see* 14 M.R.S. § 1602-B and the Note, and the post-judgment interest rate is 2.00%, *see* 28 U.S.C. § 1961.

8. The following information is included in this Judgment pursuant to 14 M.R.S. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Reverse Mortgage Funding, LLC<br>1455 Broad Street, 2nd Floor<br>Bloomfield, NJ 07003 | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | James H. Pranes,<br>Personal Representative of<br>the Estate of Nancy L. Pranes<br>40 Reef Road<br>Waldoboro, ME 04572 | Pro Se |
| PARTIES-IN-INTEREST | Christine Bowden<br>21 Mechanic Street<br>Winthrop, ME 04364 | Pro Se |
|  | Jacqueline Bowden<br>120 Lyons Road<br>Manchester, ME 04351 | Pro Se |
|  | Lloyd Bowden<br>494 Prescott Road<br>Manchester, ME 04351 | Pro Se |
|  | Ricky Bowden<br>10 Paglione Drive<br>Dudley, MA 01571 | Pro Se |
|  | Caroline Cram<br>494 Prescott Road<br>Manchester, ME 04351 | Pro Se |

| | |
|---|---|
| Secretary of Housing and Urban Development<br>451 Seventh Street, SW<br>Washington D.C., DC 20410 | John G. Osborn<br>U.S. Attorney's Office<br>District of Maine<br>100 Middle Street Plaza<br>Portland, ME 04101 |

a. The docket number of this case is No. 2:21-cv-00339-NT.

b. All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c. A description of the real estate involved, 40 Reef Road, Waldoboro, ME 04572, is set forth in Exhibit A to the Judgment herein.

d. The street address of the real estate involved is 40 Reef Road, Waldoboro, ME 04572. The Mortgage was executed by James E. Pranes and Nancy L. Pranes on December 7, 2007. The book and page number of the Mortgage in the Lincoln County Registry of Deeds is Book 3944, Page 199.

e. This judgment shall not create any personal liability on the part of the Defendant or the Party-in-Interest Heirs but shall act solely as an *in rem* judgment against the property, 40 Reef Road, Waldoboro, ME 04572.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 19th day of May, 2022.

## EXHIBIT A
### (07-05291P PRANES)

A certain lot or parcel of land situated in Waldoboro, County of Lincoln, and State of Maine, bounded and described as follows:

Beginning at a 1/2 inch iron rod found on the northwesterly side of the Reef Road in a stone wall and at the northeast corner of property now or formerly of Spofford as recorded in the Lincoln County Registry of Deeds, Book 1252, Page 246; thence N 65° 49 min. 32 sec. W by said stone wall one hundred seventy-four and sixty-two hundredths (174.62) feet to the easterly side of the Wagner Bridge Road to a 3/4 inch iron rod set for a corner; thence N 4° 00 mi. 39 sec. E along the easterly side of the Wagner Bridge Road three hundred twenty-three and thirty-six hundredths (323.36) feet to a 3/4 inch rod set in stone in front of a large rock for a corner at the southwest corner of Lot #2; thence S 68° 23 min. 52 sec. E by said Lot #2 three hundred forty-six and ninety-four hundredths (346.94) feet to a 3/4 inch iron rod set in stone at the above said Reef Road; thence S 34° 34 min. 42 sec. W along said Reef Road three hundred twenty-four and eighty hundredths (324.80) feet to a point of beginning.

Being Lot #1 of the "Bates Hill Subdivision" as depicted in the Survey Plan prepared by P & M Engineering, recorded in the Lincoln County Registry of Deeds, Plan Book 50, Page 278.

Being the same premises as described in the deed from James E. Pranes to James E. Pranes and Nancy L. Pranes dated January 27, 2000 and recorded in Book 2537 Page 76 Lincoln County Registry of Deeds.